Elsa M. Olesen, Plaintiff-Appellant, v. LaFayette Fisher, in His Trust Capacity as Escrowee Under Instrument Dated July 25, 1946, Defendant-Appellee.

Gen. No. 47,698.

First District, Second Division.

June 30, 1959.

Released for publication July 28, 1959.

Francis X. Cuisinier, for plaintiff-appellant; Hoffman & Davis (Maurice L. Davis, Erwin B. Neiman, of counsel) for defendant-appellee. Opinion by JUSTICE KILEY. Not to be published in full.